DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2013

| 241P13 | State v. Anthony Coleman | 1. State's Motion for Temporary Stay (COA12-946) | 1. Allowed **06/10/2013** Dissolved **12/18/2013** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 248P13 | The Estate of Donna S. Ray, by Thomas D. Ray and Robert A. Wilson, IV, Administrators of the Estate of Donna S. Ray, and Thomas D. Ray, Individually v. B. Keith Forgy, M.D., PA, Individually and as Agent/Apparent Agent of Grace Hospital, Inc., and/or Grace Healthcare System, Inc., and/or Blue Ridge Healthcare System Inc., and/or Carolinas Healthcare System, Inc., and as an Agent/Apparent Agent, Employee and Shareholder of Mountain View Surgical Associates and Grace Hospital, Inc., and/or Grace Healthcare System, Inc., and/or Blue Ridge Healthcare System, Inc., and/or Carolinas Healthcare System, Inc. | 1. Def's (Grace Hospital, Inc., Blue Ridge Healthcare Systems, Inc., Grace Healthcare System, Inc., and Carolinas Healthcare Systems, Inc.) PDR Under N.C.G.S. § 7A-31 (COA12-1071)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br><br><br><br>2. Dismissed as Moot<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Jackson, J. and Beasley, J., recused** |
| 250P13 | Carolina Builders, Inc. v. Bible Way Community Development Corporation | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1416) | Denied |